UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    22cv9011 (DLC)
ROBIN HATFIELD, individually and as   :
mother and general guardian of C.H., a :    ORDER
minor,                                :
                                      :
                          Plaintiff,  :
                                      :
              -v-                     :
                                      :
WAL-MART STORES INC.,                 :
                                      :
                          Defendant.  :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

    The Clerk of Court is directed to docket Docket No. 8 (Order dated October 18, 2022) currently in 22md3043 in this action, 22cv9011.

Dated:    New York, New York
           October 24, 2022

                                                  _____
                                                      DENISE COTE
                                              United States District Judge