```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
                                           :   22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD            :
Products Liability Litigation              :   ORDER
                                           :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On October 5, 2022, the United States Judicial Panel on Multidistrict Litigation transferred Roberts v. Wal-Mart Stores, Inc., No. 5:22cv5108 (W.D. Ark.) and Hatfield v. Wal-Mart Stores, Inc., No. 5:22cv5109 (W.D. Ark.) to this Court. In both actions, defendant Wal-Mart Stores, Inc. moved to dismiss the complaints on September 6, 2022. The plaintiffs' responses having been due on September 20 and having been extended by the plaintiffs' requests to October 11, it is hereby

ORDERED that the plaintiffs shall file any amended complaints by **October 28, 2022**. It is unlikely that the plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaints are filed, any oppositions to the motions to dismiss shall be filed by **October 28, 2022**. Replies, if any, shall be filed by **November 11, 2022**. At the time any reply is filed, the moving

parties shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          October 18, 2022

                                    _____
                                    DENISE COTE
                                    United States District Judge

2