```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22md3043  (DLC)
IN RE: Acetaminophen - ASD-ADHD           :   22cv9011  (DLC)
Products Liability Litigation             :   22cv9012  (DLC)
                                          :
This Document Relates To:                 :
Hatfield et al. v. Wal-Mart Stores,       :   ORDER
Inc., 22cv9011                            :
Roberts et al. v. Wal-Mart Stores,        :
Inc., 22cv9012                            :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On November 28, 2022, the defendant filed a motion for reconsideration and request for certification under 28 U.S.C. § 1292(b). It is hereby

ORDERED that the plaintiffs shall file any opposition by **December 12, 2022**. A reply, if any, shall be filed by **December 19, 2022**. At the time any brief is filed, the filing party shall supply Chambers with two (2) courtesy copies of its papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         November 29, 2022

                                          _____
                                                 DENISE COTE
                                          United States District Judge